MICHAEL FITZGERALD, as Administrator, etc., Repondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued October 2, 1889; decided October 17, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Edward E. Sprague* for appellant.

*Martin J. Keogh* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.